# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 17, 2014

## NO. 03-13-00395-CV

**Employees Retirement System of Texas, Appellant**

**v.**

**M. P., Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on May 7, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the court modifies the trial court's judgment by deleting the portion of the judgment limiting the scope of remand to the record previously established. The Court affirms the judgment as modified. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.